IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. __S:22-CR-50037-1__ |
| | ) | |
| v. | ) | 18 U.S.C. § 2251(a) |
| | ) | 18 U.S.C. § 2422(b) |
| BART STOCKLAND | ) | 18 U.S.C. § 2427 |

## INFORMATION

The Attorney for United States Charges:

## COUNT ONE

On or about September 9, 2019, in the Western District of Arkansas, Fayetteville Division

and elsewhere, the Defendant, **Bart Stockland**, using a facility and means of interstate commerce,

namely his Apple iPhone that accessed the Internet, knowingly persuaded, induced and enticed,

JANE DOE, an individual whom he believed had not attained the age of 18 years, to engage in

any sexual activity for which any person can be charged with a criminal offense, namely

Production of Child Pornography under Title 18, United States Code, Section 2251(a), and

attempted to do so.

All in violation of Title 18, United States Code, Sections 2422(b) and 2427.

## FORFEITURE ALLEGATION

1.      The allegations contained in Count One of this Information are hereby realleged

and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United

States Code, Section 2428.

2.      Pursuant to Title 18, United States Code, Section 2428, upon conviction of an

offense in violation of Title 18, United States Code, Section 2422, the defendant, BART

1

STOCKLAND, shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense. The property to be forfeited includes, but is not limited to, the following: **iPhone 6s bearing identification number FFMSDALRGRY1.**

3.     If any of the property described above, as a result of any act or omission of the defendant[s]:

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third party;

c.     has been placed beyond the jurisdiction of the court;

d.     has been substantially diminished in value; or

e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By:     _____
Carly Marshall
Assistant U.S. Attorney
Arkansas Bar No. 2012173
414 Parker Avenue
Fort Smith, AR 72901
Telephone: 479-783-5125
E-mail: carly.marshall@usdoj.gov

2