# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

CRIMINAL NO.:   5:22-CR-50037-001   USA v. BART STOCKLAND

COURT PERSONNEL:   APPEARANCES:

Judge:   TIMOTHY L. BROOKS   Govt.: DUSTIN ROBERTS

Clerk:   SHERI CRAIG   Deft.: JOEL HUGGINS

Reporter:   PAUL BARDEN

## WAIVER OF INDICTMENT/CHANGE OF PLEA

On this date the Defendant appeared in person and with counsel and stated that he desired to waive grand jury indictment and plead guilty to a 1 count Information.

- (X)   Defendant sworn.

- (X)   Inquiry made as to Defendant's health and whether he is currently taking any prescribed medications.

- (X)   Inquiry made whether Defendant is presently impaired by any other medications, drugs, alcohol, or other substances and is able to comprehend proceedings.

- (X)   Inquiry made that Defendant does not suffer from mental disease or disorder and is able to comprehend proceedings.

- (X)   Inquiry made that Defendant is satisfied with counsel.

- (X)   Defendant expresses understanding of nature of offense to which he seeks to plead guilty.

- (X)   Defendant advised of and expresses understanding of his rights under Rule 11(b).

- (X)   Rule 11(e) plea agreement disclosed on record and filed.

- (X)   Severity of possible maximum (and any applicable minimum) sentence explained.

- (X)   Defendant entered guilty plea to Count 1.

CRIMINAL NO.:   5:22-CR-50037-001

(X)   Court determined that Defendant is competent.

(X)   Court determined that plea is voluntary.

(X)   Court determined that there is a factual basis for plea.

(X)   Plea accepted.

(X)   The Court deferred approval of plea agreement until it has opportunity to review the presentence report.

(X)   Defendant found guilty as charged.

(X)   Sentencing deferred pending presentence investigation.

(X)   Defendant remanded to custody of the USMS.

DATE: June 1, 2022                                                         Proceeding began: 2:59 pm

ended: 3:39 pm