# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v | ) | Case No. 5:22-CR-50037-001 |
| | ) | |
| **BART STOCKLAND** | ) | |

## PROOF OF PUBLICATION

Notice of Forfeiture Action, attached hereto and marked as Exhibit "A," reflects publication on an official government internet site (www.forfeiture.gov) for at least thirty (30) consecutive days beginning on June 3, 2022 and ending on July 2, 2022, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, as evidence by the Advertisement Certification Report, attached hereto and marked as Exhibit "B."

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on this 5th day of July, 2022.

Respectfully submitted
DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By  */s/ Aaron Jennen*

Aaron Jennen
Assistant United States Attorney
Arkansas Bar No. 2004156
414 Parker Avenue
Fort Smith, Arkansas 72901
479-783-5125
E-mail Aaron.Jennen@usdoj.gov