**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

UNITED STATES OF AMERICA

VS.                    DOCKET NO.: 5:22CR 50037-001

BART STOCKLAND

**DEFENDANT'S SENTENCING MEMORANDUM AND MOTION FOR A DOWNWARD VARIANCE**

Comes now the Defendant, Bart Stockland, and for his Sentencing Memorandum and Motion for a Downward Variance, states as follows:

**PROCEDURAL BACKGROUND**

On May 18, 2021, a Search Warrant was executed on Defendant's home and cell phone, as a result of an investigation into allegations against Defendant of Violating 18 U.S.C. §2422(b). After the investigation was completed, Defendant agreed to waive Indictment and instead plead Guilty to an Information. He appeared before this Court on June 1, 2022, with counsel, and plead Guilty. He has been in custody since that time. The final Presentence Report was filed on August 30, 2022. Sentencing is scheduled for November 8, 2022.

**FACTS**

Over a period of years and on multiple occasions, Defendant would contact underage females. Defendant would solicit nude pictures and videos from them using deceptive means or in exchange for money or gift cards. Defendant knew these females were under the age of eighteen (18).

## MOTION FOR A DOWNWARD VARIANCE

Defendant agrees the advisory range recommended by the Probation Officer of 168 to 210 months based upon a total offense level of 35 and a criminal history of 1 is accurate. Therefore, Defendant is not seeking a traditional departure. However, because of the factors outlined in 18 U.S.C. §3553 (a) and other facts specific to this case, Defendant respectfully requests this Court to grant a downward variance to the minimum mandatory sentence of 120 months. Defendant recognizes this is a substantial variance, but believes in this particular case it is a "sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) of this subsection". Defendant does not intend to call witnesses at the Hearing.

## NATURE AND CIRCUMSTANCES OF THE OFFENSE

Defendant recognizes the seriousness of his crimes. He understands and regrets the consequences of his actions on the lives of young, immature girls, and their families. He knows there is absolutely no possible justification for what he did. He accepts full and total responsibility.

## HISTORY AND CHARACTERISTICS OF THE DEFENDANT

Defendant is 33 years old and in excellent health. He was born and reared in Fayetteville, Arkansas. As the many letters of support clearly show, he has a very loving, stable and supportive family, as well as many close friends and community contacts. He has a college degree. He was working full time at a meaningful job and was a valuable employee. He will have a job with the same employer once he is released from custody. He was very active in his church and the community. He gave of his time to both. He also provided emotional support and guidance to a multitude of family members and friends. This is the first time he has ever been in trouble.

## **RESPECT FOR THE LAW: PROVIDE JUST PUNISHMENT**

Defendant knows this Court is required to sentence him, at a minimum, to a mandatory ten (10) years. He would argue a ten (10) year sentence is substantial, especially given his history and unique characteristics, and sends a message to this community and to society at large that this type of crime will be severely punished. A ten (10) year sentence would definitely provide adequate deterrence and assure society it is protected from Defendant ever committing any further crime of this type.

## **CONCLUSION**

These crimes were serious with consequence to many different victims and their families. The law recognizes that seriousness by mandating a minimum sentence of ten (10) years in custody. Based upon all the factors outlined in §3553(a) and their application to Defendant, he would respectfully request this Court to grant his Motion for a downward variance to 120 months.

WHEREFORE, Defendant respectfully prays the Court to grant his Motion for a Downward Variance.

                                          RESPECTFULLY SUBMITTED,

                                          BART STOCKLAND,
                                          Defendant

By:   */s/ Joel O. Huggins*
       JOEL O. HUGGINS
       Attorney at Law
       Arkansas Bar #84079
       801 East Emma Avenue
       Springdale, Arkansas  72764
       (479) 756-2284

## **CERTIFICATE OF SERVICE**

    I, Joel O. Huggins, attorney for the Defendant, hereby certify that on this 25th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send electronic notification to the following: Carly Marshall, Assistant U.S. Attorney, United States Attorney's Office, 414 Parker Avenue, Ft. Smith, Arkansas 72901, via email: Carly.Marshall@usdoj.gov.

                                                    */s/ Joel O. Huggins*
                                                  JOEL O. HUGGINS