# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

CRIMINAL NO.:      5:22-CR-50037-001          USA v. BART STOCKLAND

COURT PERSONNEL:                              APPEARANCES:

Judge:       TIMOTHY L. BROOKS                Govt.: CARLY MARSHALL

Clerk:       SHERI CRAIG                      Deft.: JOEL HUGGINS

Reporter:    PAULA BARDEN

## SENTENCING MINUTE SHEET

On this date the above named Defendant appeared in person and with counsel for sentencing.

- (X) Inquiry made whether Defendant is under the influence of any substance that would impair the ability to comprehend the proceedings.

- (X) Inquiry made that Defendant is satisfied with counsel.

- (X) Court determined that Defendant and counsel have had opportunity to read and discuss presentence investigation report.

    - (X) CX#1 – Letter from Employer (attached to Final PSR)

- (X) Presentence investigation report reviewed in open court.

- (X) Court expresses final approval of plea agreement.

- (X) Attorney for Government afforded opportunity to make statement to Court.

- (X) Counsel for Defendant afforded opportunity to speak on behalf of Defendant.

- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.

CRIMINAL NO.:   5:22-CR-50037-001

(X) Court proceeded to impose sentence as follows:

120 months imprisonment; 20 years supervised release; $40,000.00 fine imposed - interest waived.

(X) Defendant ordered to comply with standard conditions of supervised release.

(X) Defendant ordered to comply with the special conditions of supervised release set forth in the Judgment, as well as:

1. The Defendant shall have no contact with the victim(s) in this case.

2. The Defendant shall have no unsupervised contact with minors. If there is a concern about the potential for inadvertent contact with a minor at a particular place, function, or event, then the Defendant shall get approval from the U.S. Probation Office before attending any such place, function, or event.

3. The Defendant shall not purchase, possess, use, distribute, or administer marijuana or obtain or possess a medical marijuana card or prescription. If the Defendant is currently in possession of a medical marijuana card, he will turn it over immediately to the probation office.

4. The Defendant shall submit his person, residence, place of employment, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner based upon reasonable suspicion that a violation of any condition of supervised release might thereby be disclosed.

CRIMINAL NO.:    5:22-CR-50037-001

5. Except for purposes of employment (when the Defendant is working on his employer's premises using his employer's computers and devices), the Defendant shall not possess, use, or have access to a computer or any other electronic device that has Internet or photograph storage capabilities without prior advance notice and approval of the U.S. Probation Office. Reasonable requests by the Defendant for such approval should not be denied, provided that the Defendant allows the U.S. Probation Office to install Internet-monitoring software, the Defendant pays for the software, and the Defendant submits to random searches of his computers, electronic devices, and peripherals.

6. The Defendant shall submit to inpatient or outpatient mental health evaluation, counseling, testing and/or treatment, as deemed necessary and as directed by the U.S. Probation Office.

7. The Defendant shall participate in a sex offense-specific treatment program. The Defendant shall pay for the costs of the program if financially able.

8. The Defendant shall be required to submit to periodic polygraph testing at the discretion of the probation office as a means to ensure that he is in compliance with the requirements of his supervision or treatment program.

(X) Defendant ordered to pay a total special assessment ($100.00) and the additional special assessment ($5,000.00) for a total of $5,100.00, which shall be due immediately.

(X) Defendant advised of appeal rights.

(X) Defendant remanded to custody of USMS.

DATE:  November 8, 2022                                         Proceeding began: 1:31 pm

                                                                                                ended: 3:17 pm